## EL PUEBLO *v.* VIDAL.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 13.—*Resuelto en Mayo 19, 1903.*

APELACIÓN.—PLIEGO DE EXCEPCIONES.—En una apelación en causa criminal el acusado deberá tomar sus excepciones durante la tramitación del juicio oral y presentar pliego de ellas al Tribunal sentenciador, ó á uno de sus

---

## THE PEOPLE v. VIDAL.

### APPEAL from the District Court of Mayagüez.

No. 13.—Decided May 19, 1903.

APPEAL.—BILL OF EXCEPTIONS.—In an appeal in a criminal action it is necessary that the defendant reserve his exceptions to the ruling of the trial court during the trial and file a bill of exceptions with the trial court or

jueces, para su firma, el cual pliego de excepciones ha de servir de base á la apelación.

ID.—ERRORES MANIFIESTOS.—Cuando en una causa criminal hay errores manifiestos en los autos, el Tribunal Supremo puede revisarlos en una apelación, sin necesidad de que hayan sido consignados en un pliego de excepciones.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Hernández Lopez.*

Abogado del apelado: *Sr. del Toro,* Fiscal.

EL JUEZ ASOCIADO SR. HERNÁNDEZ, emitió la siguiente opinión del Tribunal:

Pedro Vidal y Goico fué acusado ante el Tribunal de Distrito de Mayagüez por el delito de infracción del artículo 161 del Código Penal vigente. Dicho Tribunal estimó probado que el acusado como Juez de mesa en uno de los precintos del pueblo de Rincón, de la jurisdicción de Mayagüez, el día 28 de Octubre del pasado año, obrando maliciosamente y en contra de la Ley Electoral, se negó á inscribir como electores á varios individuos de aquella jurisdicción, que tenían derecho á ser inscritos por aparecer sus nombres en las listas electorales del año 1900, impidiéndoles de esa suerte que pudiesen votar en las elecciones que se celebraron el día 4 de Noviembre último; y en su consecuencia, por sentencia de 21 de Febrero, le condenó al pago de trescientos cincuenta dollars de multa, y en defecto de pago, á sufrir un día de presidio en el Departamental de esta Isla por cada dollar que deje de satisfacer, y al pago de las costas procesales. De esta sentencia el acusado apela á este Tribunal. En causas criminales, cuando el acusado desea que esta Corte Suprema juzgue sobre una cuestión de derecho planteada mediante recurso de apelación, la Ley claramente exige que alegue sus excepciones durante la tramitación del juicio oral, y que presente pliego de ellas al Tribunal sentenciador, ó á uno de los Jueces para su firma, cuyo pliego de excepciones ha de servir de base á la apelación. Cuando hay errores de derecho manifiestos en los autos, no es necesaria la presentación de dicho pliego, y entonces el Tribunal

one of the judges for settlement and signature, which bill of exceptions becomes the basis of the appeal.

ID.—ERROR APPARENT FROM THE RECORD.—When in a criminal action there are errors apparent from the record, the appellate court may review the same on appeal without the necessity of a bill of exceptions.

The facts are set forth in the opinion.

Mr. *Hernández López*, for appellant.

Mr. *del Toro*, Fiscal, for respondent.

MR. JUSTICE HERNÁNDEZ delivered the following opinion of the court:

Pedro Vidal y Goico was charged before the District Court of Mayagüez, with the violation of section 161 of the Penal Code now in force. The said court considered as having been proven that the accused on the 28th of October last, while acting as judge of election in one of the precincts of the town of Rincón, within the municipal district of Mayagüez, had maliciously and contrary to the election laws, refused to register as voters several persons of that township who were entitled to registration inasmuch as their names appeared on the lists of voters for the year 1900, thereby preventing them from casting their votes at the election held on the 4th of November last. Accordingly by judgment rendered February 21st, the aforesaid Vidal was sentenced to pay a fine of three hundred and fifty dollars or, in default thereof, to be confined in the insular penitentiary one day for each dollar that he failed to pay, with the costs of the proceedings. From said judgment the accused appeals to this court. In criminal cases, when the accused desires the Supreme Court to pass upon a question of law submitted by means of an appeal, the law clearly requires that he should reserve his exceptions during the trial and file his bill of exceptions with the trial court or one of its judges, for his signature, which bill of exceptions must serve as the basis for the appeal. When there are manifest errors of law in the record, the presentation of said bill of exceptions is not necessary, and then the court may consider them without requiring the aforesaid formality, according

puede estimarlos sin el lleno de aquella formalidad, según doctrina ya establecida en anteriores decisiones.    En la presente causa no se encuentra pliego de excepciones, ni aparece error alguno de derecho cometido por el Tribunal sentenciador.    Por tanto, la sentencia de la Corte de Distrito de Mayagüez está ajustada á derecho y debe confirmarse.

*Confirmada.*

Jueces concurrentes: Sres. Presidente, Quiñones, y Asociados, Figueras, Sulzbacher y MacLeary.